Argued on rehearing July 9, former opinion sustained September 25, 1928.

RUBY S. GILL *v.* DR. LAURENCE SELLING ET AL.

(270 Pac. 411.)

For appellant there was a brief and oral argument by *Mr. J. C. McCue.*

For respondent there was a brief over the names of *Messrs. Senn & Recken* and *Mr. Omar C. Spencer,* with an oral argument by *Mr. F. S. Senn.*

BELT, J.—We adhere to former opinion reversing the judgment in this action.

FORMER OPINION ADHERED TO ON REHEARING.